FILED

2019 APR 19 AM 11: 33

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Orlando Division

WALTER HAWKINS ALLEYNE,

    Plaintiff,

v.

Case No. 6:19-cv-735-ORL-40GJK

PIONEER CREDIT RECOVERY, INC., a foreign corporation,

    Defendant.

_____/

# COMPLAINT AND DEMAND FOR JURY TRIAL

    Plaintiff, WALTER HAWKINS ALLEYNE, by and through his undersigned counsel, hereby files his Complaint and Demand for Jury Trial, sues the Defendant, PIONEER CREDIT RECOVERY, INC., and alleges as follows:

    1.    This is an action for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§1692-1692o and Florida Consumer Collection Practices Act ("FCCPA"), seeking actual damages, statutory damages, attorney's fees and costs.

    2.    Plaintiff, WALTER HAWKINS ALLEYNE, (hereinafter sometimes referred to as "Plaintiff"), brings this action for illegal practices of Defendant in connection with its attempts to collect an alleged debt from him.

    3.    Plaintiff alleges, among other things, that Defendant, PIONEER CREDIT RECOVERY, INC. violated the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq. ("FDCPA"), and the Florida Consumer Collection Practices Act, Fla. Stat.§§ 559, et seq.

*Alleyne v. Pioneer Credit Recovery, Inc. et al*
Page 2

---

("FCCPA").

4. The FDCPA regulates the behavior of collection agencies attempting to collect a debt. The United States Congress has found abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors, and has determined that abusive debt collection practices contribute to a number of personal bankruptcies, marital instability, loss of jobs, and invasions of individual privacy.

5. Congress enacted the FDCPA to eliminate abusive debt collection practices by debt collectors, to ensure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote uniform State action to protect consumers against debt collection abuses. 15 U.S.C. § 1692(a)- (e).

6. The FDCPA is a strict liability statute, which provides for actual or statutory damages upon the showing of one violation. The Eleventh Circuit has held that whether a debt collector's conduct violates the FDCP A should be judged from the standpoint of the "least sophisticated consumer." LeBlanc v. Unifund CCR Partners, 601 F.3d 1185 (11th Cir. 2010).

7. To prohibit harassment and abuses by debt collectors the FDCPA, at 15 U.S.C. § 1692d, provides that a debt collector may not engage in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt and names a non-exhaustive list of certain per se violations of harassing and abusive collection conduct. 15 U.S.C. § 1692d(1)-(6)

## I. PLAINTIFF

8. Plaintiff is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3) and Fla. Stat. § 559.55.

9. Plaintiff is a "debtor" as that term is defined by Fla. Stat.§ 559.55(2).

## II. PARTIES - DEFENDANT

10. Defendant, PIONEER CREDIT RECOVERY, INC. collects, and attempts to collect, debts incurred, or alleged to have been incurred, for personal, family, or household purposes on behalf of creditors using the U.S. Mail, telephone, and Internet.

11. Defendant, PIONEER CREDIT RECOVERY, INC. is a business, the principal purpose of which is the collection of debts.

12. Defendant, PIONEER CREDIT RECOVERY, INC. is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6) and Fla. Stat.§ 559.55(6).

13. Defendant has knowledge and control of the collection activities of its agents and representatives, including but not limited to supervisors, managers, affiliates, subsidiaries, divisions, employees, servants, partners, agents, vendors, assignees, transferees, collectors and/or contractors, for the alleged debt that is the subject of this lawsuit.

## III. FACTS

14. Plaintiff, WALTER HAWKINS ALLEYNE, is alleged to have incurred a financial obligation and is alleged to have defaulted on that obligation.

15. The foregoing alleged financial obligation is a "debt" as that term is defined by 15

*Alleyne v. Pioneer Credit Recovery, Inc. et al*
Page 4

---

U.S.C. § 1692a(5) and Fla. Stat. § 559.55(1).

16. Among other demands for payment made by Defendant within 1 year of the filing of this lawsuit, by letter dated July 1, 2018, Defendant, PIONEER CREDIT RECOVERY, INC., demanded payment from Defendant of a student loan, Reference # 14329989, Client: New York Higher Education Service, Corp., Current Balance: $9,374.40.

17. Also, by letter dated December 8, 2018, Defendant, PIONEER CREDIT RECOVERY, INC., demanded payment from Defendant of a student loan, Reference # 14329989, Client: New York Higher Education Service, Corp., Current Balance: $9,729.95 in which letter Defendant admonished "NOTICE OF POTENTIAL ADMINSTRATIVE GARNISHMENT PROCESS."

18. The demands for payment referred to in the preceding paragraph were made on behalf of New York State Higher Education Services Corporation.

19. The letters referred to in the previous paragraphs were attempts to collect a debt.

20. The student loan referred to in the preceding paragraphs was not due because Plaintiff paid in full his obligation on the subject student loan.

21. Plaintiff has retained copies of all evidence of payment on the subject student loan.

22. As a result of the foregoing, Plaintiff has experienced considerable worry, embarrassment, frustration, anger, distress, and concern.

## COUNT I
## FAIR DEBT COLLECTION PRACTICES ACT

23. Plaintiff sues the Defendant, PIONEER CREDIT RECOVERY, INC. and repeats and realleges the allegations in paragraphs 1 through 22 hereof.

24. The collection letters dated July 1, 2018 and December 8, 2018 from Defendant, PIONEER CREDIT RECOVERY, INC. and its attempt to collect a debt, were in violation of Section 808 of the FDCPA, 15 U.S.C. §1692f(1) which provides:

> § 808. Unfair practices
>
> A debt collector may not use unfair or unconscionable means to collect or attempt to collect any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:
>
> (1) The collection of any amount (including any interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by law.

25. Defendant had no right to claim the amount due from Plaintiff and such charges were not authorized by agreement.

### TRIAL BY JURY

Plaintiff is entitled to and hereby respectfully demands a trial by jury on all issues so triable. US Const. amend. 7, Fed.R.Civ.P. 38.

WHEREFORE, Plaintiff prays for this Court:

a. To declare that Defendant, PIONEER CREDIT RECOVERY, INC. has violated the FDCPA;

b. To award Plaintiff actual damages sustained as a result of the Defendant's failure to comply with the FDCP A, including pain and suffering and loss of income;

c. To award Plaintiff statutory damages not to exceed $1,000.00;

d. To award Plaintiff reimbursement for such expenses as have been required to expend to prosecute this claim;

e. To award Plaintiff his reasonable attorney's fees pursuant to 15 U.S.C. §1692k;

f. To award such other and further relief as the Court deems proper.

## COUNT II
## FAIR DEBT COLLECTION PRACTICES ACT

26. Plaintiff sues the Defendant, PIONEER CREDIT RECOVERY, INC. and repeats and realleges the allegations in paragraphs 1 through 22 hereof.

27. The collection letters dated July 1, 2018 and December 8, 2018 to Plaintiff from Defendant, PIONEER CREDIT RECOVERY, INC. and its attempt to collect a debt were in violation of Section 807 of the FDCPA, 15 U.S.C. §1692e(1) which provides:

> A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:
>
> \* \* \*
>
> (2) The false representation of-
>
> (A) the character, amount, or legal status of any debt;

28. The legal status of the debt that was that it was invalid and not owed by Plaintiff to New York Higher Education Services Corporation.

TRIAL BY JURY

Plaintiff is entitled to and hereby respectfully demands a trial by jury on all issues so triable. US Const. amend. 7, Fed.R.Civ.P. 38.

WHEREFORE, Plaintiff prays for this Court:

a. To declare that Defendant, PIONEER CREDIT RECOVERY, INC. has violated the FDCPA;

b. To award Plaintiff actual damages sustained as a result of the Defendant's failure to comply with the FDCP A, including pain and suffering;

c. To award Plaintiff statutory damages not to exceed $1,000.00;

d. To award Plaintiff reimbursement for such expenses as have been required to expend to prosecute this claim;

e. To award Plaintiff his reasonable attorney's fees pursuant to 15 U.S.C. § 1692k;

f. To award such other and further relief as the Court deems proper.

## COUNT III
## FLORIDA CONSUMER COLLECTION PRACTICES ACT

29. Plaintiff sues the Defendant, PIONEER CREDIT RECOVERY, INC. and repeats and realleges the allegations in paragraphs 1 through 22 hereof.

30. Plaintiff is an individual who resides in the State of Florida.

31. Plaintiff is a "debtor" or "consumer" as defined by §559.55(2), Fla. Stat.

32. Defendant is a person as defined in § 1.01 (3), Fla. Stat.

33. Section 559.72 of the Florida Statutes provides, in part, as follows:

Prohibited practices generally. - In collecting consumer debts, no person shall:

\* \* \* \*

(9) Claim, attempt, or threaten to enforce a debt when such person knows that the debt is not legitimate, or assert the existence of some other legal right when such person knows that the right does not exist.

34. The legal status of the debt that was that it was paid in full and not owed by Plaintiff to New York Higher Education Services Corporation.

35. Defendant has knowledge and control of the collection activities of its agents and representatives, including but not limited to supervisors, managers, affiliates, subsidiaries, divisions, employees, servants, partners, agents, vendors, assignees, transferees, collectors and/or contractors, for the alleged debt that is the subject of this lawsuit.

36. Defendant has knowledge and control of the collection activities of its agents and representatives, including but not limited to supervisors, managers, affiliates, subsidiaries, divisions, employees, servants, partners, agents, vendors, assignees, transferees, collectors and/or contractors, for the alleged debt that is the subject of this lawsuit.

37. All conditions precedent to the filing of this action have occurred, been fulfilled or waived.

38. Plaintiff's damages pursuant to Florida Statutes including §559.77 have continued and are continuing as of the filing of this complaint.

39. As a result of the above violations of the Florida Consumer Collection Practices Act, the Defendant is liable to the Plaintiff for injunctive and declaratory relief and actual damages, statutory damages, and attorney's fees and costs.

40. Plaintiff is entitled to damages under Fla. Stat. §559.77.

*Alleyne v. Pioneer Credit Recovery, Inc. et al*
Page 9

_____

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendant, PIONEER CREDIT RECOVERY, INC., for the following:

A. Declaratory judgment that Defendant's conduct violated the Florida Consumer Collection Practices Act and declaratory and injunctive relief for the Defendant's violations of the FCCPA.

B. That Defendant be required to contact all credit reporting agencies and request removal of any derogatory information rearing Plaintiff and the subject student loan.

C. That Defendant be enjoined from any and all further illegal collection practice.

D. Actual damages pursuant to Fla. Stat. §559.77(2).

E. Statutory damages against each Defendant pursuant to Fla. Stat. §559.77(2).

F. Costs and reasonable attorney's fees pursuant to Fla. Stat. §559.77(2).

G. For such other and further relief as may be just and proper.

DATED this 19 April 2019.

_____
N. James Turner, Esq.
Debt Relief Law Center
Counsel for Plaintiff
Florida Bar No. 0203041
100 S. Bumby Avenue
Orlando, FL 32803
(888) 877-5103
Email address:  njtlaw@gmail.com

Payment Address:
Pioneer Credit Recovery, Inc.
P.O. Box 157
Arcade, NY 14009

Correspondence Address:
Pioneer Credit Recovery, Inc.
P.O. Box 130
Perry, NY 14530


Credit Recovery, inc.
26 Edward Street, Arcade, NY 14009
Phone: 1-800-242-1590
Fax: 1-877-653-2839
Pay online: http://myaccount.pioneercreditrecovery.com

Hours of Operation: EST/EDT
Mon-Thursday 8:00A.M. – 9:00P.M.
Friday 8:00A.M. – 5:00P.M.
Saturday 8:00A.M. – 12:00P.M.

07/01/2018

Reference # 14329989
Client: New York Higher Education Service Corp
Total Current Balance: $9,374.40

PAST DUE BALANCE

Dear HAWKIN ALLEYNE:

Your federal student loan(s) is currently in default. Your guarantor, New York Higher Education Service Corp, was required to purchase the account from your lender under the terms of the guarantee agreement. Since your loan(s) is in default, it has been placed with our agency, Pioneer Credit Recovery, Inc for collection. Interest accrues daily on your past due account(s). To resolve your obligation, call us at 1-800-242-1590.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Failure to pay the account in full, agree to a satisfactory repayment arrangement, or otherwise resolve the matter may result in additional collection efforts, including:
- Evaluating your eligibility for administrative wage garnishment.
- The government may divert your Federal and/or State tax return to pay this debt through tax offset.
- Assigning your loan(s) to the U.S. Department of Education for collection.

This is an attempt, by a debt collector, to collect a debt, and any information obtained will be used for that purpose.

PLEASE SEE NEXT PAGE FOR IMPORTANT INFORMATION.

✂ PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. THANK YOU! ✂
Please see next page if you would like to pay by credit card Pay online: http://myaccount.pioneercreditrecovery.com


1803 Rocky River Road North
Monroe, NC 28110

Borrower: HAWKIN ALLEYNE
Reference#: 14329989
Total Current Balance: $9,374.40

Please call us if you have a new address or telephone number.

01500

Pioneer Credit Recovery, Inc.
P.O. Box 157
Arcade, NY 14009

169967 0702 000258 000593 000001/000002 70756

HAWKIN W ALLEYNE
1853 CROWLEY E CIR
LONGWOOD, FL 32779-2787






Payment Address:
Pioneer Credit Recovery, Inc.
P.O. Box 157
Arcade, NY 14009

Correspondence Address:
Pioneer Credit Recovery, Inc.
P.O. Box 130
Perry, NY 14530



26 Edward Street, Arcade, NY 14009
Phone: 1-877-457-4266
Fax: 1-877-653-2839

Hours of Operation: EST/EDT
Mon-Thursday 8:00A.M. – 9:00P.M.
Friday 8:00A.M. – 5:00P.M.
Saturday 8:00A.M. – 12:00P.M.

12/08/2018

Account # 14329989
Client: New York Higher Education Service Corp
Total Current Balance: $9,729.95

Dear HAWKIN ALLEYNE:

**NOTICE OF POTENTIAL ADMINISTRATIVE WAGE GARNISHMENT PROCESS**

Payment Address:
  Pioneer Credit Recovery, Inc.
  P.O. Box 157
  Arcade, NY 14009

Correspondence Address:
  Pioneer Credit Recovery, Inc.
  P.O. Box 130
  Perry, NY 14530


Credit Recovery, Inc.
26 Edward Street, Arcade, NY 14009
Phone: 1-800-242-1590
Fax: 1-877-653-2839
Pay online: http://myaccount.pioneercreditrecovery.com

Hours of Operation: EST/EDT
Mon-Thursday 8:00A.M. – 9:00P.M.
Friday 8:00A.M. – 5:00P.M.
Saturday 8:00A.M.– 12:00P.M.

07/01/2018

Reference # 14329989
Client: New York Higher Education Service Corp
Total Current Balance: $9,374.40

**PAST DUE BALANCE**

Dear HAWKIN ALLEYNE:

Your federal student loan(s) is currently in default. Your guarantor, New York Higher Education Service Corp, was required to purchase the account from your lender under the terms of the guarantee agreement. Since your loan(s) is in default, it has been placed with our agency, Pioneer Credit Recovery, Inc for collection. Interest accrues daily on your past due account(s). To resolve your obligation, call us at 1-800-242-1590.

> Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Failure to pay the account in full, agree to a satisfactory repayment arrangement, or otherwise resolve the matter may result in additional collection efforts, including:
- Evaluating your eligibility for administrative wage garnishment.
- The government may divert your Federal and/or State tax return to pay this debt through tax offset.
- Assigning your loan(s) to the U.S. Department of Education for collection.

This is an attempt, by a debt collector, to collect a debt, and any information obtained will be used for that purpose.

PLEASE SEE NEXT PAGE FOR IMPORTANT INFORMATION.

✂ PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. THANK YOU! ✂
Please see next page if you would like to pay by credit card Pay online: http://myaccount.pioneercreditrecovery.com


1803 Rocky River Road North
Monroe, NC 28110

**Borrower:** HAWKIN ALLEYNE
**Reference#:** 14329989
**Total Current Balance:** $9,374.40

Please call us if you have a new address or telephone number.

01500

Pioneer Credit Recovery, Inc.
P.O. Box 157
Arcade, NY 14009

169967 0702 000258 000593 000001/000002 70756
HAWKIN W ALLEYNE
1853 CROWLEY E CIR
LONGWOOD, FL 32779-2787

